Filed 7/13/21  P. v. Pierce CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>AARON JAMES PIERCE,<br><br>    Defendant and Appellant. | 2d Crim. No. B309109<br>(Super. Ct. No. 2020020058)<br>(Ventura County) |

Aaron James Pierce appeals from the judgment entered after his guilty plea to felony grand theft (count 1 – Pen. Code, § 487, subd. (a)).[1]  The People dismissed a charge of second degree commercial burglary (count 2 – §§ 459, 460).  Appellant took a bag containing $12,000 in cash from the office of an ice cream store.

In the Felony Disposition Statement, appellant initialed a provision stating that he "could be sentenced to county jail . . . for a maximum of 3 year(s)."  Appellant initialed another provision

_____

[1] All statutory references are to the Penal Code.

in which he agreed to "give up [his] right to appeal in this case." The prosecutor recommended that appellant be sentenced to "16 months felony jail to be served straight." The trial court denied probation and sentenced appellant to the low term of 16 months in county jail.

We appointed counsel to represent appellant. Counsel filed an opening brief raising no issues and requesting that we independently review the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436. Counsel alleged that, after serving his sentence, appellant was released from jail on March 15, 2021. Counsel was unable to send him the record on appeal or a copy of counsel's opening brief because appellant's current address is unknown. Counsel stated: "Appellant has long been homeless . . . . He is not under any kind of post-release supervision, and does not have either a probation or parole officer. He did not provide the court, the jail, or trial counsel with an address where mail could be sent to him." Prior to appellant's release from jail, counsel discussed the appeal with him "and informed him that a *Wende* brief would be filed."

On April 8, 2021, we sent a letter to appellant at an address listed in the probation report: 410 Alturas Street, Oxnard, CA 93035. We advised him that he had 30 days to personally submit by brief or letter any issues that he wishes this court to consider. On April 20, 2021, the unopened letter was returned to us. The envelope bore the following message from the post office:

> RETURN TO SENDER
> NO MAIL RECEPTACLE
> UNABLE TO FORWARD

After examination of the entire record, we are satisfied that counsel has complied with his responsibilities and that no

arguable issues exist. (*People v. Wende, supra*, 25 Cal.3d at pp. 441-443.)

*Disposition*

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

YEGAN, J.

We concur:

GILBERT, P. J.

PERREN, J.

David Hirsch, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.